NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLAUDE RUTLEDGE,  )
)
        Appellant,  )
)
v.  )     Case No. 2D17-4058
)
STATE OF FLORIDA,  )
)
        Appellee.  )
                               )

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Ronald N. Ficarrotta,
Judge.

Claude Rutledge, pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.